# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK BARNETT, ET AL.<br>PLAINTIFFS | |
| V. | CASE NO. 4:14CV00383 SWW |
| BILL GILKEY, ET AL.<br>DEFENDANT | |

## **ORDER**

Before the Court is a stipulation of dismissal by the parties [ECF No. 60], stating that the remaining claims have been compromised and should be dismissed with prejudice. IT IS THEREFORE ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED THIS 27th DAY OF AUGUST, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE